**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 06 2013

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 4:13CR00319-KGB |
| v. ) | |
| ) | 18 U.S.C. § 1591(a)(1) |
| ANDRE KIMBLE ) | 18 U.S.C. § 1594(c) |
|    AKA D-Boi ) | 18 U.S.C. § 3571 |
| CURTIS GAINES ) | 18 U.S.C. § 3583 |
|    AKA Boochie ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

From in or about July 2013, to on or about August 28, 2013, in the Eastern District of Arkansas and elsewhere, defendants,

ANDRE KIMBLE, AKA D-Boi
CURTIS GAINES, AKA Boochie

did knowingly and intentionally conspire with others known and unknown to the Grand Jury to, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, and maintain by any means a person, knowing and in reckless disregard of the fact that such person had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a)(1).

All in violation of Title 18, United States Code, Section 1594(c).

## COUNT 2

From in or about July 2013, to on or about August 28, 2013, in the Eastern District of Arkansas and elsewhere, defendant,

ANDRE KIMBLE, AKA D-Boi

did knowingly and intentionally, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, and maintain by any means a person, knowing and in reckless disregard of the fact, that such person had not attained the age of 18 years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Section 1591(a)(1).

## COUNT 3

From in or about July 2013, to on or about August 28, 2013, in the Eastern District of Arkansas and elsewhere, defendant,

CURTIS GAINES, AKA Boochie

did knowingly and intentionally, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, and maintain by any means a person, knowing and in reckless disregard of the fact, that such person had not attained the age of 18 years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Section 1591(a)(1).

(END OF TEXT.  SIGNATURE PAGE ATTACHED.)